An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A.,
Appellant,
vs.
RESOURCES GROUP, LLC AS
TRUSTEE OF PERRONE AVENUE
TRUST,
Respondent.

No. 65709

**FILED**

JAN 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a district court order granting a preliminary injunction in a quiet title action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

The district court granted respondent's preliminary injunction motion based on the uncertainty surrounding the legal issues forming the basis for appellant's quiet title action. This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. The district court's decision thus was supported by the controlling law. Accordingly, we

AFFIRM the district court's order granting a preliminary injunction.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-01681

cc: Hon. Ronald J. Israel, District Judge
David J. Merrill, P.C.
Law Offices of Michael F. Bohn, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A